1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
10

11 JENNIFER R. GUZMAN,            )
                                  )   CIVIL NO. 2:09-CV-02084 DAD
12       Plaintiff,               )
                                  )
13       v.                       )   STIPULATION AND ORDER OF
                                  )   VOLUNTARY REMAND AND DISMISSAL
14 MICHAEL J. ASTRUE,             )   OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of                )   TO ENTER JUDGMENT
15 Social Security,               )
                                  )
16       Defendant.               )
   _____)

17

18     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

19 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

20 case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

21     Upon remand, the case will be assigned to a different ALJ.  That ALJ will give Plaintiff the

22 opportunity for another hearing.  The ALJ will expressly consider Plaintiff's impairment under Listing

23 4.11 and particularly the opinion from Dr. Serrano that Plaintiff's condition met sections A and B of the

24 Listing.  The ALJ will also obtain medical expert testimony that must specifically address Plaintiff's

25 condition under the identified Listing.  In the written decision, the ALJ must address the lay witness

26 statements and, if the ALJ does not accept those statements, the ALJ must provide germane reasons for

27 the rejection.

28 /////

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: April 13, 2010

*/s/Joseph Clayton Fraulob*
(As authorized via telephone 4/13/2010)
JOSEPH CLAYTON FRAULOB
Attorney for Plaintiff

Dated: April 13, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: April 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/guzman2084.stipord.remand

2 - Stip & Order of Sentence Four Remand