```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER GUZMAN,                )<br>                                 )<br>        Plaintiff,                )<br>                                 )<br>        v.                       )<br>                                 )<br>MICHAEL J. ASTRUE,               )<br>Commissioner of                  )<br>Social Security,                 )<br>                                 )<br>        Defendant.               )<br>_____) | CIVIL NO. 2:09-cv-02084 DAD<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FIVE THOUSAND, TWO HUNDRED TEN DOLLARS AND TWENTY-SIX CENTS ($5,210.26) in fees and THREE HUNDRED FIFTY DOLLARS ($350.00) in costs.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

1  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

2  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: May 18, 2010                    /s/*Joseph Clayton Fraulob*
                                       *(As authorized via email)*

                                       JOSEPH CLAYTON FRAULOB
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: May 18, 2010             By:    /s/ *Elizabeth Firer*
                                       ELIZABETH FIRER
                                       Special Assistant United States Attorney


                                       ORDER


    PURSUANT TO STIPULATION, IT IS ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of FIVE THOUSAND, TWO HUNDRED TEN DOLLARS AND TWENTY-SIX CENTS ($5,210.26) in fees and THREE HUNDRED FIFTY DOLLARS ($350.00) in costs, as authorized by 28 U.S.C. §§ 1920 and 2412 subject to the terms of the above-referenced Stipulation. Plaintiff's Petition for Attorney's Fees under the Equal Access to Justice Act (Doc. No. 26) is resolved by this Stipulation and Order.

DATED: May 20, 2010.

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/guzman2084.stipord.attyfees.eaja